**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Dustin P. Clark**<br>                     **Debtor(s)** | **BK NO. 20-21196 GLT** |
| **RHP Partners Capital, LLC**<br>                     **Movant**<br>     **vs.** | **Chapter 7**<br><br>**Related to Document No. 20** |
| **Dustin P. Clark**<br>                     **Respondent** | **Hearing Date: N/A**<br><br>**Hearing Time: N/A** |
| **Pamela J. Wilson (Trustee)**<br>                     **Additional Respondent** | **Objection Deadline: N/A** |

**CERTIFICATE OF SERVICE OF DEFAULT ORDER**
**GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 15, 2020, I served the above captioned Default Order on the parties at the addresses shown below;

Debtor(s)
Dustin P. Clark
275 Shirls Avenue
Washington, PA 15301

Attorney for Debtor(s)
Anthony M. Moody, Esq.
Moody Law Offices
90 West Chestnut, Suite 603
Washington, PA 15301-4524
amoody@moodylawoffices.com

Trustee
Pamela J. Wilson Esq.
810 Vermont Avenue
Pittsburgh, PA 15324
pwilson@pjwlaw.net

Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Method of Service: electronic means or first class mail

Dated: June 15, 2020

                                                        **/s/ James C. Warmbrodt, Esquire**
                                                        James C. Warmbrodt, Esquire
                                                        jwarmbrodt@kmllawgroup.com
                                                        Attorney I.D. No. 42524
                                                        KML Law Group, P.C.
                                                         701 Market Street, Suite 5000
                                                        Philadelphia, PA  19106
                                                        Phone: 412-430-3594
                                                        Attorney for Movant/Applicant